IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO AGUIRRE CHAVEZ, et al.,

    Plaintiffs,

v.                                                                No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

    Defendants.

## **STIPULATED ORDER TO RELEASE RECORDS**

**THIS MATTER** is before the Court upon the Workers' Compensation Administration's *Motion for Order to Release Records* (the "Motion"), (Doc. 31), filed on April 13, 2021. In its Motion, the Workers' Compensation Administration ("WCA") requests an order to release records pursuant to NMSA 1978, §52-5-21 (2001) and §11.4.1.8(A)(2) NMAC. (Doc. 31 at 1). The Court, having reviewed the Motion and the relevant law, finds that Plaintiffs, as the parties to the workers' compensation claims before the WCA, are entitled to claims records pursuant to NMSA §52-5-21 and have consented to the release of WCA claims records. The Court also finds Plaintiffs have further consented that all parties to this case may receive a copy of the WCA claim records.

**IT IS THEREFORE ORDERED** that by no later than **April 27, 2021**, the WCA shall submit to all parties a true and complete copy of all WCA documents requested in the April 6, 2021 Subpoena Duces Tecum with the WCA Clerk of the Court's attestation that the file is a correct and accurate record of the agency under seal of the WCA.

**IT IS FURTHER ORDERED** that the requesting party shall pay the reasonable costs for copying of the records.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE