IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO AGUIRRE CHAVEZ, et al.,

    Plaintiffs,

v.                                                         No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

    Defendants.

### ORDER SETTING EXPEDITED BRIEFING SCHEDULE

**THIS MATTER** is before the Court upon Defendant WPX Energy Permian, LLC's *Motion to Extend Pretrial Deadlines*, (Doc. 29), filed April 13, 2021. **IT IS HEREBY ORDERED** that Plaintiffs may file a Response to Defendant's Motion by **April 19, 2021**.

Defendant may file a Reply in support of its Motion by **April 21, 2021**.

    **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE