# IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

ANTONIO AGUIRRE CHAVEZ, et al.,

     Plaintiffs,

v.                                      No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

     Defendants.

## ORDER GRANTING MOTION TO WITHDRAW

**THIS MATTER** is before the Court on third party Workers' Compensation Administration's *Motion to Withdraw* (the "Motion"), (Doc. 45), filed April 29, 2021. The Court, having reviewed the Motion and noting it is unopposed, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Workers' Compensation Administration, and Craig C. Kling, Assistant General Counsel, are allowed to withdraw from the above-captioned and numbered cause of action, and also from electronic service so that they do not receive any future mailings from the Court or counsel.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE