# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTONIO AGUIRRE CHAVEZ, et al.,

    Plaintiffs,

v.                                                No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

    Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Pretrial Deadlines* (the "Motion"), (Doc. 53), filed July 28, 2021. In the Motion, the parties explain that Defendant WPX Energy Permian, LLC obtained new counsel on June 14, 2021, and deponent B&B Welding obtained new counsel on July 27, 2021 during a deposition recess. (Doc. 53 at 1-2). The parties also explain that Plaintiff's expert Dr. Wakeham is not available until late August, 2021, to conclude her deposition. *Id.* at 2. As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting Motion to Extend Deadlines*, (Doc. 40). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Granting Motion to Extend Deadlines*, (Doc. 40), shall be modified as follows:

1. The deadline for completion of discovery shall be extended to **September 30, 2021**;

2. The deadline for discovery motions shall be extended to **October 22, 2021**;

3. The deadline for other pretrial motions shall be extended to **November 1, 2021**.

4. The deadline for the plaintiffs' pretrial order shall be extended to **December 17, 2021**;

5. The deadline for the defendants' pretrial order shall be extended to **January 3, 2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE