# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NEW MEXICO

ANTONIO AGUIRRE CHAVEZ, et al.,

        Plaintiffs,

v.                                          No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

        Defendants.

## ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Discovery Deadline* (the "Motion"), (Doc. 56), filed September 21, 2021. In the Motion, the parties explain that "[t]he medical releases originally provided in this matter were to the name of WPX's Prior Counsel and could not be used by YLAW, PC," Defendant WPX Energy Permian, LLC's current counsel. (Doc. 56 at 1). The parties also explain that new releases were signed on September 16, 2021, but that Defendant still needs time to serve subpoenas and obtain responsive medical records. *Id.* As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting Motion to Extend Deadlines*, (Doc. 54). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Granting Motion to Extend Deadlines*, (Doc. 54), shall be modified as follows:

1. The deadline for completion of discovery shall be extended to **October 8, 2021**;
2. The deadline for discovery motions shall be extended to **November 1, 2021**;
3. The deadline for other pretrial motions shall be extended to **November 9, 2021**.
4. The deadline for the plaintiffs' pretrial order shall be extended to **December 30,**

**2021**;

5. The deadline for the defendants' pretrial order shall be extended to **January 14, 2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE