**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTONIO AGUIRRE CHAVEZ, et al.,

      Plaintiffs,

v.                                                                   No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

      Defendants.

### ORDER GRANTING MOTION TO EXTEND DEADLINES

**THIS MATTER** is before the Court on the parties' *Third Joint Motion to Extend Discovery Deadline* (the "Motion"), (Doc. 59), filed October 8, 2021. The Court has previously extended the discovery deadlines due to changes in counsel, deposition scheduling issues, and delays in obtaining relevant medical records. *See* (Doc. 54); (Doc. 57). In the Motion, the parties explain that they have been "diligently working to complete discovery" but still need to conduct the 30(B)(6) deposition of WPX and the deposition of Jammie Hobbs, complete the 30(B)(6) deposition of B&B Welding, and obtain the workers' compensation insurers' file. (Doc. 59 at 1). The parties believe that the depositions "will be set for the end of November." *Id.* As a result, the parties request to modify the dates and deadlines set forth in the Court's prior *Order Granting Motion to Extend Deadlines*, (Doc. 54). The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion is well-taken and shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the Court's *Order Granting Motion to Extend Deadlines*, (Doc. 57), shall be modified as follows:

1. The deadline for completion of discovery shall be extended to **November 30, 2021**;

2. The deadline for discovery motions shall be extended to **December 21, 2021**;

3. The deadline for other pretrial motions shall be extended to **January 15, 2022**.

4. The deadline for the plaintiffs' pretrial order shall be extended to **February 14, 2022**;

5. The deadline for the defendants' pretrial order shall be extended to **February 28, 2022**.

All other deadlines remain in effect unless amended by further order of the Court.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE