**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTONIO AGUIRRE CHAVEZ, et al.,

      Plaintiffs,

v.                                 No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

      Defendants.

## ORDER SETTING TELEPHONIC STATUS CONFERENCE

**THIS MATTER** is before the Court upon review of the record. **IT IS HEREBY**

**ORDERED** that a status conference will be held by telephone on **Monday, November**

**22, 2021, at 10:30 a.m.** The parties shall call Judge Garza's AT&T Teleconference line

at (877) 810-9415, follow the prompts, and enter the Access Code 7467959, to be

connected to the proceedings.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE