**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO**

ANTONIO AGUIRRE CHAVEZ, et al.,

      Plaintiffs,

v.                                    No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

      Defendants.

**ORDER FOR CLOSING DOCUMENTS**

      **THIS MATTER** is before the Court upon the Settlement Conference held on

February 9, 2022, at which the case settled. (Doc. 83).

      **IT IS THEREFORE ORDERED** that the parties shall submit closing documents

no later than **March 30, 2022**. If the need for an extension arises, the parties are

instructed to file a formal motion on the record.

      **IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE