IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEW MEXICO

ANTONIO AGUIRRE CHAVEZ, et al.,

    Plaintiffs,

v.                                                                       No. CV 20-1050 MV/CG

WPX ENERGY PERMIAN, LLC, et al.,

    Defendants.

### ORDER EXTENDING DEADLINE FOR CLOSING DOCUMENTS

**THIS MATTER** is before the Court on the parties' *Joint Motion to Extend Deadline to Submit Closing Documents* (the "Motion"), (Doc. 87), filed March 28, 2022. In the Motion, the parties explain that they have "been diligently working on finalizing the settlement" and that they "expect that the settlement funds will be made available on or before April 7, 2022." (Doc. 87 at 1). The parties request until April 30, 2022, to submit closing documents. *Id.* The Court, having reviewed the Motion and noting it was filed jointly, finds the Motion shall be **GRANTED**.

**IT IS THEREFORE ORDERED** that the parties shall submit closing documents by no later than **April 30, 2022**.

**IT IS SO ORDERED**.

_____
THE HONORABLE CARMEN E. GARZA
CHIEF UNITED STATES MAGISTRATE JUDGE